IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

TEL JAMES BOAM,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 4:24-cv-338-BLW
4:20-cr-00188-BLW-1

**ORDER REGARDING PETITIONER'S MOTION FOR LEAVE TO AMEND PETITION TO VACATE OR SET ASIDE JUDGMENT**

Before the Court is Petitioner's Motion for Leave to Amend Petition to Vacate or Set Aside Judgment (Dkt. 8). The Court, having reviewed the pleadings and papers on file, and with good cause appearing, hereby orders:

1. Petitioner's Motion for Leave to Amend is GRANTED.
2. Petitioner shall have until March 6, 2025, to file his Amended Petition to Vacate or Set Aside the Judgment in this matter.

DATED: December 6, 2024

B. Lynn Winmill
U.S. District Court Judge