JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ACTING UNITED STATES ATTORNEY
JUSTIN K PASKETT, IDAHO STATE BAR NO. 9066
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE:  (208) 478-4175


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| TEL JAMES BOAM,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.  4:24-cv-338-BLW<br>4:20-cr-188-BLW-1<br><br><br>**GOVERNMENT'S MOTION TO SET BRIEFING SCHEDULE** |

The United States of America, by and through Justin D. Whatcott, Acting United States

Attorney, and the undersigned Assistant United States Attorney for the District of Idaho,

respectfully moves this Court to establish a new briefing schedule that allows sufficient time for

the Government to respond to Petitioner's newly raised arguments in his amended petition

including those necessitating the procurement of sworn affidavits from Petitioner's prior counsel.

Defendant filed his original petitioner to vacate or set aside judgment on July 27, 2024. The Government sought and was granted a 90-day extension. The Government was in the process of seeking a second extension when Petitioner filed a motion for leave to amend his petition on December 5, 2024. The Court issued an order granting that Petitioner's motion and allowing Petitioner until March 6, 2025, to file an amended petition. However, no new briefing schedule has been issued for the Government's response.

Defendant's amended petition now raises many new allegations, including that he proceeded to trial solely based on the incomplete and incorrect advice of counsel Robin Dunn, and asserting that he was never advised regarding key issues such as discovery review, plea offers, and federal sentencing guidelines, etc. These new allegations compel the Government to seek further discovery, including sworn affidavits from Petitioner's prior counsel as outlined in the Government's motion seeking a finding that Petitioner has waived specific privileged communications with prior counsel (i.e. Ms. North Shaul, Mr. Meek, Mr. Dummar, and Mr. Murdock), and seeking an order requiring sworn responsive affidavits from prior counsel. The Government estimates that prior counsel will require approximately three weeks to respond to a Court order directing them to provide such affidavits, and the Government will need an additional 30 days after receipt of these affidavits to prepare its response.

For these reasons, the Government respectfully requests that the Court establish a new briefing schedule that affords the Government approximately 30 days from the court ordered due date of any affidavits of former counsel.

Respectfully submitted this 24th day of March, 2025

JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
By:


\_\_/s/ Justin K. Paskett_____
JUSTIN K. PASKETT
Assistant United States Attorney