MANUEL MURDOCH
Attorney at Law
260 N. Broadway
PO Box 822
Blackfoot, Idaho 83221
(208) 785-1650
murdochlawoffice@gmail.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| TEL JAMES BOAM, | ) | |
| | ) | |
| Petitioner, | ) | Case No: CV-24-338-BLW |
| | ) | |
| vs. | ) | AFFIDAVIT OF MANUEL MURDOCH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

COMES NOW, Affiant states the following;

1. Affiant represented the Petitioner in the capacity of standby counsel with Robin Dunn in case number CR-20-188-BLW. In response to this Court's order dated May 6, 2025, Affiant states the following:

2. Question: During the course of your representation of Mr. Boam, did you review discovery in the criminal matter with him?

Affiant's Answer: Yes.

a. Question: If yes, did you advise Mr. Boam of your assessment of any defenses he may have:

Affiant's Answer: Yes.

i. Question: If yes, what did you advise his risks would be?

Answer: Please see the answer to question 8, below.

b. Question: Did you ever advise Mr. Boam that the Government "could not prove its case?"

Affiant's Answer: No.

c. Question: Did you ever advise Mr. Boam that the Government's evidence was insufficient to convict him?

Affiant's Answer: No.

3. Question: During your representation of Mr. Boam, did you discuss the state's plea agreement proposed by the Jefferson County Prosecutor's Office and the U.S. Attorney's Office for the District of Idaho?:

Affiant's Answer: N/A.

4. Question: Did you discuss the consequences of withdrawing from the plea agreement?

Affiant's answer: N/A.

5. Question: Is there any other information that you believe is relevant to issues relating to Mr. Boam's assertion that he was never properly advised about the risks of proceeding to trial, the benefits of a plea agreement, federal mandatory minimums, the federal sentencing guidelines, the strength of the Government's case or the evidence against him?

Affiant's answer: Please see the answer to question 8, below.

6. Question: Do you know why Mr. Boam terminated you as counsel?

Affiant's Answer: N/A.

7. Question: Did you review or discuss with Mr. Boam the Government's August 24, 2021 plea offer, including the Guideline calculation (180-210 months) and the possibility of up to 500 years if convicted at trial?

Affiant's Answer: Yes.

8. Question: What specifically did you convey to Mr. Boam about these sentencing differences?

Affiant's Answer: I reviewed the Government's letter dated August 24, 2021 with Mr. Boam and discussed the contents with him in person. While I do not remember everything we discussed regarding the offer nor the exact language, the tenor of my advice to him around it was that he should take the offer seriously because the risks as stated in the letter were real and accurate. I communicated to him that in my opinion, he was taking a huge risk by going to trial on the facts of the case and I did not believe that he had a compelling defense to present at trial.

9. Further affiant sayeth not.

DATED this 29 day of May, 2025.

MANUEL MURDOCH
Affiant

State of Idaho )
:ss
County of Bingham )

Subscribed and sworn to before me this 29 day of May, 2025.

Notary Public
Residing at: 272 N 500 Blackfoot
Commission Expires: 04/08/2030

YESENIA REMBAO
Notary Public - State of Idaho
Commission Number 20241020
My Commission Expires 04/08/2030